IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RATTLER HOLDINGS, LLC D/B/A PLANETARY DESIGN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC. and UPS SUPPLY CHAIN SOLUTIONS, INC.,<br><br>Defendants. | CV 20–117–M–DLC<br><br>ORDER |

    Defendants move for the admission of Mark P. Estrella to practice before this Court in this case with P. Brad Condra of Milodragovich, Dale & Steinbrenner, P.C. to act as local counsel. The application appears to be in order.

    Accordingly, IT IS ORDERED that Defendants' motion to admit Mark P. Estrella pro hac vice (Doc. 17) is GRANTED on the condition that Mr. Estrella do his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Estrella, within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

DATED this 12th day of November, 2020.

_____
Dana L. Christensen, District Judge
United States District Court