IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RATTLER HOLDINGS, LLC D/B/A PLANETARY DESIGN,<br><br>    Plaintiff,<br><br> vs.<br><br>UNITED PARCEL SERVICE, INC. and UPS SUPPLY CHAIN SOLUTIONS, INC.,<br><br>    Defendants. | CV 20–117–M–DLC<br><br><br>ORDER |

  Before the Court is Plaintiff Rattler Holdings, LLC's response to the Court's October 13, 2021 Show Cause Order (Doc. 31). (Doc. 32.) Plaintiff represents that it chose not to refile its case in a Chinese court, and Defendants did not move for dismissal with prejudice. (*Id.* at 2.) Plaintiff agrees that this action may be dismissed with prejudice in accordance with the Court's December 8, 2020 Order granting Defendants' Motion to Dismiss (Doc. 21). (Doc. 32 at 2–3.)

  Accordingly, IT IS ORDERED that this action is DISMISSED with prejudice.

DATED this 26th day of October, 2021.


Dana L. Christensen, District Judge
United States District Court